AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

COMMUNICATIONS WORKERS OF
AMERICA, AFL-CIO et al.,

            Plaintiffs,

    v.

VERIZON COMMUNICATIONS et al.,

            Defendants.

**APPEARANCE**

Case Number:  09 Civ. 9175 (CM)

To the Clerk of this court and all parties of record:

       Enter my appearance as counsel in this case for

       All Plaintiffs.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/10/2010 | *(signature)* |
| Date | Signature |
| | Elaine L. Smith      ES 0214 |
| | Print Name      Bar Number |
| | 350 Seventh Avenue, Suite 1800 |
| | Address |
| | New York    NY    10001 |
| | City    State    Zip Code |
| | (212) 419-1500    (212) 419-1510 |
| | Phone Number    Fax Number |