```
                                                    USDS SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
UNITED STATES DISTRICT COURT                        DATE FILED: 10/19/10
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------ x
COMMUNICATIONS WORKERS OF AMERICA, AFL- :
CIO; THOMAS OAKLEY, PAUL DUNN, AILEEN :
CORNIELLE, LUCIANO ABBATIELLO, STEVE :
ACIERNO, RON ADDEO, THOMAS BARRY, :    **ECF CASE**
CHARLES BRADY, JOSEPH CARBALLO, LAUREN :
COLCLOUGH, MIKE DOWD, JULIET FOUNTAIN, :    09 Civ. 9175 (CM-MHD)
GAVIN FRATER, NILSA GREENE, ADRIANE :
GRZYBOWSKI, ELAINE HENDERSON, GEORGE :
HOLMAN, KEVIN KAER, JEFFREY LEROY, DENISE :    **STIPULATION AND ORDER**
LOPEZ, MARY MARTINI, CHRISTOPHER :
MCCARTHY, DENNIS MCGEE, DEBBIE MONROE, :
LAURA NUSS, RAY PEAY, MICHELLE PROCK, PAM :
REINHEIMER, DAISY RIVERA, ANTHONY :
SICURANZO, MARCHELLE SMITH, CHARLES :
SPINALE, TAMMI TERRELL, JAMES TREADWAY, :
MINDY VEGA, LORRIS WATSON, JUDITH :
WHIGHAM, ADRAINE WHITNEY, :
 :
                  Plaintiffs, :
 :
    v. :
 :
VERIZON COMMUNICATIONS, INC., :
 :
                  Defendant. :
 :
------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their undersigned counsel, subject to the Court's approval, as follows:

    1.    On November 4, 2009, plaintiffs filed the Complaint in the above-captioned action.

    2.    On April 22, 2010, plaintiffs filed the First Amended Complaint wherein:

        a.    Communications Workers of America, AFL-CIO was removed as a plaintiff;

  b. The following individuals were added as plaintiffs: Alyson Bradley, Matthew Christie, Latonia Epperson, Brenda Fritchy, Kelly Lee, Angela Lucas, Noel Melendez, Ed Middendorf, Damian Parra, and Kimberly Pereira; and

  c. The following entities were added as defendants: Verizon Washington, DC Inc. (improperly named in the Amended Complaint as "Verizon Washington, D.C. Inc."), Verizon South Inc. (improperly named in the Amended Complaint as "Verizon South Inc. (Virginia)"), Verizon Pennsylvania Inc., Verizon Delaware LLC (improperly named in the Amended Complaint as "Verizon Delaware Inc."), Verizon New England Inc., Verizon New Jersey Inc., Verizon Select Services Inc., Verizon Teleproducts Corp., Verizon Connected Solutions Inc., Verizon New York Inc., Empire City Subway Company (Limited), Verizon Maryland Inc., Verizon Virginia Inc., Verizon West Virginia Inc., Verizon Services Corp., Verizon Corporate Services Corp. and Verizon Avenue Corp. (d/b/a Verizon Enhanced Communities).

3. Verizon Advanced Data Inc., an additional defendant named by plaintiffs in their Amended Complaint, is no longer an active entity. As of September 28, 2007, it merged into its parent company, Defendant Verizon New York Inc. Accordingly, all claims in the Amended Complaint asserted by plaintiffs against Verizon Advanced Data Inc. shall be unconditionally dismissed on the merits, with prejudice, and without costs or attorneys' fees to any party.

4. The parties are in agreement that the caption should accurately reflect the names of the actual plaintiffs and defendants who are parties to the action.

5. Pursuant to Federal Rule of Civil Procedure 10, the caption in this action is hereby amended as follows and the Clerk of Court is hereby directed to amend the docket in this case accordingly:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THOMAS OAKLEY, LUCIANO ABBATIELLO,
STEVE ACIERNO, RON ADDEO, THOMAS
BARRY, ALYSON BRADLEY, CHARLES BRADY,
MARCEL CABRERA, JOSEPH CARBALLO,
MATTHEW CHRISTIE, LAUREN COLCLOUGH,
AILEEN CORNIELLE, MIKE DOWD, PAUL DUNN,
LATONIA EPPERSON, JULIET FOUNTAIN, GAVIN
FRATER, BRENDA FRITCHY, NILSA GREENE,
ADRIANE GRZYBOWSKI, ELAINE HENDERSON,
GEORGE HOLMAN, KEVIN KAER, KELLY LEE,
JEFFREY LEROY, DENISE LOPEZ, ANGELA
LUCAS, MARY MARTINI, CHRISTOPHER
MCCARTHY, DENNIS MCGEE, NOEL MELENDEZ,
ED MIDDENDORF, DEBBIE MONROE, LAURA
NUSS, DAMIAN PARRA, RAY PEAY, KIMBERLY
PEREIRA, MICHELLE PROCK, PAM REINHEIMER,
DAISY RIVERA, ANTHONY SICURANZO,
MARCHELLE SMITH, CHARLES SPINALE, TAMMI
TERRELL, JAMES TREADWAY, MINDY VEGA,
LORRIS WATSON, JUDITH WHIGHAM, and
ADRAINE WHITNEY, individually and on behalf of all
others similarly situated,

                        Plaintiffs,

            v.

VERIZON COMMUNICATIONS, INC., VERIZON
WASHINGTON, DC INC., VERIZON SOUTH INC.,
VERIZON DELAWARE LLC, VERIZON AVENUE
CORP. (D/B/A VERIZON ENHANCED
COMMUNITIES), VERIZON PENNSYLVANIA INC.,
VERIZON NEW ENGLAND INC., VERIZON NEW
JERSEY INC., VERIZON SELECT SERVICES INC.,
VERIZON TELEPRODUCTS CORP., VERIZON
CONNECTED SOLUTIONS INC., VERIZON NEW
YORK INC., EMPIRE CITY SUBWAY COMPANY
(LIMITED), VERIZON MARYLAND INC., VERIZON
VIRGINIA INC., VERIZON WEST VIRGINIA INC.,
VERIZON SERVICES CORP., VERIZON CORPORATE
SERVICES CORP.,

                        Defendants.

------------------------------------------------------------x

**ECF CASE**

09 Civ. 9175 (CM-MHD)

Case 1:09-cv-09175-CM  Document 30  Filed 10/19/10  Page 4 of 5

Dated: New York, New York
October 15, 2010

| | |
|---|---|
| **SEMEL, YOUNG & NORUM** | **SEYFARTH SHAW LLP** |
| s/Gabrielle Gayla Semel<br>By:_____<br>Gabrielle Gayla Semel<br>[gsemel@cwa-union.org]<br>350 Seventh Avenue, 18th Floor<br>New York, New York 10001<br>(212) 419-1550 (phone)<br>(212) 419-1555 (fax)<br><br>*Counsel for Plaintiffs and the Communication Workers of America*<br><br>s/Mary K. O'Melveny<br>By:_____<br>Mary K. O'Melveny<br>[maryo@cwa-union.org]<br>501 3rd Street, N.W., 8th Floor<br>Washington, D.C. 20001<br>(202) 434-1234 (phone)<br>(202) 434-1219 (fax)<br><br>*Counsel for Plaintiffs and the Communication Workers of America*<br><br>**LEWIS CLIFTON NIKOLAIDIS P.C.**<br><br>s/Daniel E. Clifton<br>By:_____<br>Daniel E. Clifton<br>[dclifton@lcnlaw.com]<br>Louis Nikolaidis<br>[lnikolaidis@lcnlaw.com]<br>350 Seventh Avenue<br>New York, New York 10001-1931<br>(212) 419-1500 (phone)<br>(212) 419-1510 (fax)<br><br>*Counsel for Plaintiffs* | s/Lorie E. Almon<br>By:_____<br>Lorie E. Almon<br>[lalmon@seyfarth.com]<br>Arthur G. Telegen<br>[atelegen@seyfarth.com]<br>Krista Pratt<br>[kpratt@seyfarth.com]<br>620 Eighth Avenue, 32nd Floor<br>New York, New York 10018<br>(212) 218-5500 (phone)<br>(212) 218-5526 (fax)<br><br>*Attorneys for Defendants*<br>*Verizon Communications, Inc.*<br>*Verizon Washington, DC Inc.*<br>*Verizon South Inc.*<br>*Verizon Pennsylvania Inc.*<br>*Verizon Delaware LLC*<br>*Verizon New England Inc.*<br>*Verizon New Jersey Inc.*<br>*Verizon Select Services Inc.*<br>*Verizon Teleproducts Corp.*<br>*Verizon Connected Solutions Inc.*<br>*Verizon New York Inc.*<br>*Empire City Subway Company (Limited)*<br>*Verizon Maryland Inc.*<br>*Verizon Virginia Inc.*<br>*Verizon West Virginia Inc.*<br>*Verizon Services Corp.*<br>*Verizon Corporate Services Corp. and Verizon Avenue Corp. (d/b/a Verizon Enhanced Communities)* |

SO ORDERED:

_____
The Honorable Colleen McMahon
United States District Judge

Dated: New York, New York
October 19, 2010