UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Communications Workers of America, et al.,
            Plaintiff(s),

-against-

Verizon Communications, Inc.,
            Defendant(s).
------------------------------------------------------------X

09 Civ. 9175 (CM) (MHD)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Michael H. Dolinger, United States Magistrate Judge for the following purpose(s):

✓ General Pretrial (~~includes scheduling~~, discovery, ~~non-dispositive pretrial motions,~~ ~~and settlement~~

___ Specific Non-Dispositive Motion/Dispute:*

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 11/10/10
New York, New York

SO ORDERED: [signature]

Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/10