

# SEYFARTH SHAW LLP
### ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
lalmon@seyfarth.com

Writer's direct fax
(917) 344-1169

*So Ordered*
*Order*
*Application granted.*
*[signature]*
*12/13/10*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/10

December 13, 2010

DEC 1 3 2010

**VIA FACSIMILE**

The Honorable Michael H. Dolinger
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>CWA, et al. v. Verizon Communications, Inc., et al., 09-CV-9175 (CM) (MHD)</u>

Dear Magistrate Judge Dolinger:

    As Your Honor knows, we represent Defendants in the above-referenced action. As set forth in Plaintiffs' November 18, 2010 letter, endorsed by Your Honor on December 3, 2010, we write on behalf of all parties to provide a status report on the discovery progress which has been made to date.

    Since the submission of the November 18, 2010 letter, Defendants have taken an additional six Plaintiff's depositions, leaving only two Plaintiff depositions to complete, only one of which remains to be scheduled. In addition, the parties have continued to exchange responsive documents, including Defendants' production of relevant statistical reports and audio recordings. Likewise, significant progress has been made with respect to the scheduling of non-party Fed. R. Civ. P. 30(b)(6) witness depositions which do not depend upon the remaining email production. As the parties previously advised the Court, however, the discovery issue most significantly impacting the parties' ability to meet the previously set discovery deadline was Plaintiff's demand for voluminous emails and the Rule 30(b)(6) witness depositions that Plaintiffs deem to be tied to that email production. As promised, on November 24, 2010, Defendants produced the results of the parties' sampling of emails for four custodians for an aggregate total of six months, which totaled 14,000 pages for just that sample.

    On December 10, 2010, the parties conferred by phone regarding the email production and agreeable terms for purposes of narrowing the remaining emails to the most relevant materials and a manageable volume prior to production. The parties devised a possible approach to selection and production of the emails and are in the process of testing and refining that approach. The parties



The Honorable Michael H. Dolinger
December 13, 2010
Page 2

believe that after a small amount of additional time -- one week -- they will be positioned to provide the Court with a definitive plan and timeline for the remainder of class-related discovery. As such, we respectfully request that the Court maintain the current suspension of the discovery deadline and allow the parties to provide a more detailed status report and proposed discovery plan, as well as a revised briefing schedule for any class certification motion, by December 20, 2010.

Thank you for Your Honor's courtesy in considering this request.

Respectfully submitted,

SEYFARTH SHAW LLP

s/ Lorie E. Almon

Lorie E. Almon

cc: Daniel Clifton (via facsimile)
Louie Nikolaidis (via facsimile)
Mary K. O'Melveny (via facsimile)
Gabrielle Semel (via facsimile)
Arthur Telegen
Christie Del Rey-Cone
Krista Pratt

12975779v.3

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK ♻