UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THOMAS OAKLEY, LUCIANO ABBATIELLO, STEVE       :
ACIERNO, RON ADDEO, THOMAS BARRY, ALYSON       
BRADLEY, CHARLES BRADY, MARCEL CABRERA,        :
JOSEPH CARBALLO, MATTHEW CHRISTIE, LAUREN      :    **ECF CASE**
COLCLOUGH, AILEEN CORNIELLE, MIKE DOWD,        :
PAUL DUNN, LATONIA EPPERSON, JULIET FOUNTAIN,  :    09 Civ. 9175 (CM-MHD)
GAVIN FRATER, BRENDA FRITCHY, NILSA GREENE,    :
ADRIANE GRZYBOWSKI, ELAINE HENDERSON,          :
GEORGE HOLMAN, KEVIN KAER, KELLY LEE,          :
JEFFREY LEROY, DENISE LOPEZ, ANGELA LUCAS,     :
MARY MARTINI, CHRISTOPHER MCCARTHY, DENNIS     :
MCGEE, NOEL MELENDEZ, ED MIDDENDORF, DEBBIE    :
MONROE, LAURA NUSS, DAMIAN PARRA, RAY PEAY,    :
KIMBERLY PEREIRA, MICHELLE PROCK, PAM          :
REINHEIMER, DAISY RIVERA, ANTHONY SICURANZO,   :
MARCHELLE SMITH, CHARLES SPINALE, TAMMI        :
TERRELL, JAMES TREADWAY, MINDY VEGA, LORRIS    :
WATSON, JUDITH WHIGHAM, and ADRAINE WHITNEY,   :
individually and on behalf of all others similarly situated,   :
                                               :
                        Plaintiffs,            :
                                               :
            v.                                 :
                                               :
VERIZON COMMUNICATIONS, INC., VERIZON          :
WASHINGTON, DC INC., VERIZON SOUTH INC.,       :
VERIZON DELAWARE LLC, VERIZON AVENUE CORP.     :
(D/B/A VERIZON ENHANCED COMMUNITIES), VERIZON  :
PENNSYLVANIA INC., VERIZON NEW ENGLAND INC.,   :
VERIZON NEW JERSEY INC., VERIZON SELECT        :
SERVICES INC., VERIZON TELEPRODUCTS CORP.,     :
VERIZON CONNECTED SOLUTIONS INC., VERIZON      :
NEW YORK INC., EMPIRE CITY SUBWAY COMPANY      :
(LIMITED), VERIZON MARYLAND INC., VERIZON      :
VIRGINIA INC., VERIZON WEST VIRGINIA INC.,     :
VERIZON SERVICES CORP., VERIZON CORPORATE      :
SERVICES CORP.,                                :
                                               :
                        Defendants.            :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      **PLEASE TAKE NOTICE** that the following attorney hereby withdraws her appearance as

counsel for Defendants in the above-captioned action, is no longer participating in the above-captioned

action on behalf of any Defendant and should no longer receive notices related to this action through the Court's ECF notification system:

Devjani Mishra

The remaining counsel for Defendants should continue to receive ECF notices as previously advised.

Dated:  December 20, 2010

SEYFARTH SHAW LLP

By:____s/Devjani Mishra_____
      Devjani Mishra

620 Eighth Avenue, 32nd Floor
New York, New York  10018-1405
Tel.: (212) 218-5500
Fax: (212) 218-5526
dmishra@seyfarth.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2010, I filed the foregoing Notice of Withdrawal with the

Clerk of the District Court electronically using the CM/ECF system, which sent notification of such filing

to all counsel of record.


/s Devjani Mishra
Devjani Mishra