UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THOMAS OAKLEY, LUCIANO ABBATIELLO, STEVE ACIERNO, RON ADDEO, THOMAS BARRY, ALYSON BRADLEY, CHARLES BRADY, MARCEL CABRERA, JOSEPH CARBALLO, MATTHEW CHRISTIE, LAUREN COLCLOUGH, AILEEN CORNIELLE, MIKE DOWD, PAUL DUNN, LATONIA EPPERSON, JULIET FOUNTAIN, GAVIN FRATER, BRENDA FRITCHY, NILSA GREENE, ADRIANE GRZYBOWSKI, ELAINE HENDERSON, GEORGE HOLMAN, KEVIN KAER, KELLY LEE, JEFFREY LEROY, DENISE LOPEZ, ANGELA LUCAS, MARY MARTINI, CHRISTOPHER MCCARTHY, DENNIS MCGEE, NOEL MELENDEZ, ED MIDDENDORF, DEBBIE MONROE, LAURA NUSS, DAMIAN PARRA, RAY PEAY, KIMBERLY PEREIRA, MICHELLE PROCK, PAM REINHEIMER, DAISY RIVERA, ANTHONY SICURANZO, MARCHELLE SMITH, CHARLES SPINALE, TAMMI TERRELL, JAMES TREADWAY, MINDY VEGA, LORRIS WATSON, JUDITH WHIGHAM, and ADRAINE WHITNEY, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>          v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON WASHINGTON, DC INC., VERIZON SOUTH INC., VERIZON DELAWARE LLC, VERIZON AVENUE CORP. (D/B/A VERIZON ENHANCED COMMUNITIES), VERIZON PENNSYLVANIA INC., VERIZON NEW ENGLAND INC., VERIZON NEW JERSEY INC., VERIZON SELECT SERVICES INC., VERIZON TELEPRODUCTS CORP., VERIZON CONNECTED SOLUTIONS INC., VERIZON NEW YORK INC., EMPIRE CITY SUBWAY COMPANY (LIMITED), VERIZON MARYLAND INC., VERIZON VIRGINIA INC., VERIZON WEST VIRGINIA INC., VERIZON SERVICES CORP., VERIZON CORPORATE SERVICES CORP.,<br><br>                              Defendants. | **ECF CASE**<br><br>09 Civ. 9175 (CM-MHD) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13001395v.1

**PLEASE TAKE NOTICE** that Christie Del Rey-Cone, with Seyfarth Shaw LLP, 620 Eighth Avenue, 31st Floor, New York, New York 10018, hereby enters her appearance as notice attorney for defendants Verizon Communications, Inc., Verizon Washington, Dc Inc., Verizon South Inc., Verizon Delaware LLC, Verizon Avenue Corp. (d/b/a Verizon Enhanced Communities), Verizon Pennsylvania Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon Select Services Inc., Verizon Teleproducts Corp., Verizon Connected Solutions Inc., Verizon New York Inc., Empire City Subway Company (Limited), Verizon Maryland Inc., Verizon Virginia Inc., Verizon West Virginia Inc., Verizon Services Corp., Verizon Corporate Services Corp., in the above-captioned matter. Ms. Del Rey-Cone hereby certifies that she is admitted to practice in this Court.

Dated: New York, New York
December 22, 2010

Respectfully submitted,
SEYFARTH SHAW LLP

By s/ Christie Del Rey-Cone
      Christie Del Rey-Cone
620 Eighth Avenue
New York, New York 10018-1405
Main Office Number:  (212) 218-5500
Main Fax Number:  (212) 218-5526
cdelreycone@seyfarth.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on December 22, 2010, I caused to be served a true and correct copy of the foregoing Notice of Appearance by ECF on the following counsel in this matter at the following address:

>   Gabrielle Gayla Semel
>   Semel, Young & Norum
>   350 Seventh Avenue, 18th Floor
>   New York, New York  10001
>   Email: gsemel@cwa-union.org
>
>   Mary K. O'Melveny
>   501 3rd Street, N.W., 8th Floor
>   Washington, D.C. 20001
>   Email: maryo@cwa-union.org
>
>   Daniel E. Clifton
>   Louis Nikolaidis
>   Lewis Clifton Nikolaidis P.C.
>   350 Seventh Avenue
>   New York, New York  10001-1931
>   Email:  dclifton@lcnlaw.com
>            lnikolaidis@lcnlaw.com

>                                 s/ Christie Del Rey-Cone
>                                 Christie Del Rey-Cone

13001395v.1