UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

THOMAS OAKLEY, <u>et</u> <u>al.</u>,                :

           Plaintiffs,          :          <u>ORDER</u>

      -against-              :          09 Civ. 9175 (CM)(MHD)

VERIZON COMMUNICATIONS, INC.,          :
<u>et</u> <u>al.</u>,

                 :

         Defendants.
------------------------------------x



MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that a telephone conference has been

scheduled in the above-captioned action on **WEDNESDAY, DECEMBER 22**

at **3:00 P.M.** at which time the parties are directed to jointly call

chambers at (212) 805-0204 when all parties are on the line. Any

requests for adjournment of this scheduled conference must be in

writing, with copies to all other parties, and must be preceded by

reasonable efforts by the requesting party to obtain the consent of

those parties.


Dated: New York, New York
      December 21, 2010



                         SO ORDERED.


                      _____
                      MICHAEL H. DOLINGER
                      UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been faxed today to:


Gabrielle Gayla Semel, Esq.
Semel, Young & Norum
350 Seventh Avenue
18th FLoor
New York, NY 10001
212 419-1550
Fax: 212 419-1555

Mary K. O'Melveny, Esq.
501 3rd Street, N.W.
8th Floor
Washington, DC 20001
202 434 1234
Fax: 202 434 1219

Louie Dimitrios Nikolaidis,
Esq.
Daniel E. Clifton, Esq.
Elaine Lynette Smith, Esq.
Lewis, Clifton & Nikolaidis,
P.C.
350 Seventh Avenue, Ste. 1800
New York, NY 10001
(212) 419-1500
Fax: (212) 419-1510

Mary Christina Norum, Esq.
Communication Workers of
America
District 1 Legal Department
350 Seventh Avenue, 7th Flr
New York, NY 10001
(212) 419-5500
Fax: (212) 419-1555

Lorie Elizabeth Almo, Esq.
Devjani Mishra, Esq.
Seyfarth Shaw L.L.P.
620 Eighth Avenue
New York, NY 10018-1405
(212) 218-5500
Fax: (212) 218-5526

Arthur G. Telegen, Esq.
Krista Green Pratt, Esq.
Seyfarth Shaw LLP (Boston)
2 Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
Fax: (617) 946-4801