UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

THOMAS OAKLEY, et al.,              :

            Plaintiffs,       :        **ORDER**

        -against-              :        09 Civ. 9175 (CM)(MHD)

VERIZON COMMUNICATIONS, INC.,       :
et al.,
                                    :
            Defendants.
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **WEDNESDAY, JANUARY 5, 2011 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       December 22, 2010

                                          SO ORDERED.

                                          _____
                                          MICHAEL H. DOLINGER
                                          **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been faxed today to:

Gabrielle Gayla Semel, Esq.
Semel, Young & Norum
350 Seventh Avenue
18th FLoor
New York, NY 10001
212 419-1550
Fax: 212 419-1555

Mary K. O'Melveny, Esq.
501 3rd Street, N.W.
8th Floor
Washington, DC 20001
202 434 1234
Fax: 202 434 1219

Louie Dimitrios Nikolaidis, Esq.
Daniel E. Clifton, Esq.
Elaine Lynette Smith, Esq.
Lewis, Clifton & Nikolaidis, P.C.
350 Seventh Avenue, Ste. 1800
New York, NY 10001
(212) 419-1500
Fax: (212) 419-1510

Mary Christina Norum, Esq.
Communication Workers of America
District 1 Legal Department
350 Seventh Avenue, 7th Flr
New York, NY 10001
(212) 419-5500
Fax: (212) 419-1555

Lorie Elizabeth Almo, Esq.
Devjani Mishra, Esq.
Seyfarth Shaw L.L.P.
620 Eighth Avenue
New York, NY 10018-1405
(212) 218-5500
Fax: (212) 218-5526

Arthur G. Telegen, Esq.
Krista Green Pratt, Esq.
Seyfarth Shaw LLP (Boston)
2 Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
Fax: (617) 946-4801