# LEWIS, CLIFTON & NIKOLAIDIS, P.C.

ATTORNEYS AT LAW

350 SEVENTH AVENUE
SUITE 1800
NEW YORK, N.Y. 10001-5013
(212) 419-1500

FACSIMILE
(212) 419-1510

DANIEL E. CLIFTON
LOUIE NIKOLAIDIS*
ELAINE L. SMITH
JULIAN GONZALEZ
RACHEL S. PASTER

OF COUNSEL
MARK J. LOPEZ*

• ADMITTED IN NY AND NJ
* ADMITTED IN NY, NJ AND DC

EVERETT E. LEWIS (1984-2007)

NEW JERSEY OFFICE
340 GEORGE STREET
NEW BRUNSWICK, N.J. 08901
(732) 690-0100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/11

May 11, 2011

MAY 11 2011

BY FAX (212) 805-7928

Hon. Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Oakley et. al. v. Verizon Communications, Inc. et al.**,
09 Civ. 9175 (CM) (MHD)

Dear Judge Dolinger:

On behalf of the plaintiffs in the above-referenced matter, I respectfully request a two-week extension of time, from May 13, 2011 to May 27, 2011, to file plaintiffs' motion for class certification.

The parties have conducted substantial discovery in this case, including 51 depositions and the exchange of more than 150,000 pages of documents. In preparing the class certification motion, plaintiffs have come to realize that more time than was anticipated is needed to review and analyze this volume of information. Defendants have consented to this request and the parties have agreed to a modified briefing schedule as follows:

    May 27, 2011    Plaintiffs' Motion for Class Certification
    July 28, 2011    Defendants' Opposition Papers
    August 19, 2011    Plaintiffs' Reply Papers

Thank you for your consideration of this request.

ENDORSED ORDER
Application granted.
[signature]
5/11/11

Very truly yours,

Daniel E. Clifton

cc: Lorie E. Almon, Esq.
Krista Green Pratt, Esq.
Christie Del Rey-Cone, Esq.
Gabrielle Semel, Esq.
Mary K. O'Melveny, Esq.
Elaine L. Smith, Esq.

2