# SEYFARTH SHAW LLP
ATTORNEYS



820 Eighth Avenue
New York, New York  10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
lalmon@seyfarth.com

Writer's direct fax
(917) 344-1169

May 16, 2011

**VIA FACSIMILE 212 805-6326**

The Honorable Colleen McMahon
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    Thomas Oakley v. Verizon Communications, Inc.
            09 Civ. 9175 (MC)

Dear Judge McMahon:

    This firm represents defendants in the above referenced action. On December 20, 2010, one of Seyfarth Shaw LLP's attorneys, Ms. Devjani Mishra, electronically filed a Notice of Withdrawal, as counsel for defendants in this matter, (attached as Exhibit A), pursuant to her anticipated departure from the firm to commence an in-house counsel position. Despite said withdrawal, defendants remain very adequately represented by counsel. Such counsel presently includes: Mr. Arthur G. Telegen, Ms. Krista Green Pratt, Ms. Christie Del Rey-Cone and the undersigned lead counsel of record.

    Despite her intended withdrawal from the case, Ms. Mishra remains listed on the court's official docket as (active) counsel of record for defendants in this matter. Her former email address at Seyfarth Shaw LLP therefore continues to receive electronic notification of all corresponding docket activity.

    Accordingly, we respectfully request Your Honor to direct the Clerk's Office to terminate Ms. Mishra's status as active counsel of record in this matter, by "so ordering" our instant request, thus ending any further electronic notifications to Ms. Mishra's former email address and officially terminating her participation in this action.

    Your Honor's consideration is greatly appreciated.

Respectfully Submitted,

Lorie E. Almon

Enclosure

13393577v.1

*Handwritten note from Judge:* Clerk — take Ms. Mishra's name off the ECF list for this case. /s/ Colleen M. McM. 5/17/11

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK