LEWIS, CLIFTON & NIKOLAIDIS, P.C.

ATTORNEYS AT LAW

350 SEVENTH AVENUE
SUITE 1800
NEW YORK, N.Y. 10001-5013
(212) 419-1500

FACSIMILE
(212) 419-1510

DANIEL E. CLIFTON
LOUIE NIKOLAIDIS *
ELAINE L. SMITH

JULIAN GONZALEZ
RACHEL S. PASTER

OF COUNSEL
MARK J. LOPEZ*

* ADMITTED IN NY AND NJ
* ADMITTED IN NY, NJ AND IL

EVERETT E. LEWIS (1924-2007)

NEW JERSEY OFFICE
340 GEORGE STREET
NEW BRUNSWICK, N.J. 08901
(732) 690-0100

**MEMO ENDORSED**

May 31, 2011

[handwritten: 6/1/2011 See it]

BY FAX (212) 805-6326

Hon. Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Oakley v. Verizon Communications, Inc.
09 Civ. 9175 (CM) (MHD)

Dear Judge McMahon:

I represent the plaintiffs in the above-referenced action. On May 27, 2011, plaintiffs filed a motion for class certification after 5:00 p.m. My own declaration and accompanying exhibits were filed under seal, because the exhibits were subject to a Stipulated Protective Order. Because of a misunderstanding on our part, we thought that all of the other (37) declarations in support of the motion were supposed to be filed under seal as well. We learned otherwise today, and filed them all by ECF.

I am advised by the defendants that one of the declarations filed today, the declaration of Victoria Kintzer (docket entry #80), has an exhibit which contains proprietary and confidential information, and should also have been filed under seal. At the defendants' request, I contacted the ECF clerk who placed the exhibit under "temporary seal" and advised me that I would have to contact Chambers to request that the document be placed under permanent seal.

Accordingly, I am writing to request that Exhibit A to the declaration of Victoria Kintzer be placed under permanent seal.

Very truly yours,

Daniel E. Clifton

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/11

cc: Lorie E. Almon, Esq.
Krista Green Pratt, Esq.
Christie Del Rey-Cone, Esq.
Mary O'Melveny, Esq.
Gabrielle Semel, Esq.
Elaine Smith, Esq.

2