# SEYFARTH
## ATTORNEYS SHAW LLP



620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
lalmon@seyfarth.com

Writer's direct fax
(917) 344-1169

**MEMO ENDORSED**

June 24, 2011

<u>VIA FACSIMILE TO (212) 805-6326</u>

The Honorable Colleen McMahon
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Thomas Oakley *et al.* v. Verizon Communications Inc., *et al.*
            09 Civ. 9175 (CM-MHD)

Dear Judge McMahon:

    As Your Honor knows, this firm represents Defendants in the above referenced action. We write pursuant to Section 2.C of Your Honor's Individual Practices, with the consent of Plaintiffs' counsel,[1] to respectfully request that Defendants be permitted to file a memorandum of law of fifty pages in opposition to Plaintiffs' Rule 23 motion for class certification.

    We require this extension of the page limit requirement in order to have the requisite space to fully address the extensive evidentiary record amassed during class discovery in this case. The size of this record is a product of the number of named plaintiffs, the size of the putative class (estimated by plaintiffs to exceed 40,000 individuals) and the wide scope of the allegations in the 98-page Amended Complaint.

    Defendants have deposed each of the 38 remaining named plaintiffs. In addition, the parties have exchanged hundreds of thousands of pages of documents and electronically stored information. Defendants also obtained documentary evidence and deposition testimony from various locals of the Communications Workers of America ("CWA"), as well as Plaintiffs' health care providers and other third parties. In addition, Defendants and the CWA International union each produced multiple witnesses in response to Rule 30(b)(6) deposition notices.

---

[1]    On May 23, 2011, the Court granted Plaintiffs' letter application for leave to file a forty-page memorandum of law in support of their class certification motion. Endorsed Ltr., ECF No. 42.

13493825v.2

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA



The Honorable Colleen McMahon
June 24, 2011
Page 2

Thank you for Your Honor's courtesy in considering this request.

Respectfully submitted,

SEYFARTH SHAW LLP

Lorie E. Almon

cc:  Daniel Clifton (via facsimile)
     Louie Nikolaidis (via facsimile)
     Mary K. O'Melveny (via facsimile)
     Gabrielle Semel (via facsimile)
     Arthur Telegen
     Krista Pratt

13493825v.2

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK