McMahon, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
THOMAS OAKLEY, RON ADDEO, THOMAS
BARRY, MARCEL CABRERA, JOSEPH CARBALLO,
MATTHEW CHRISTIE, LAUREN COLCLOUGH,
AILEEN CORNIELLE, MIKE DOWD, PAUL DUNN,
JULIET FOUNTAIN, GAVIN FRATER, BRENDA
FRITCHY, NILSA GREENE, ADRIANE
GRZYBOWSKI, ELAINE HENDERSON, GEORGE
HOLMAN, KEVIN KAER, JEFFREY LEROY,
ANGELA LUCAS, MARY GIORGI, CHRISTOPHER
MCCARTHY, DENNIS MCGEE, NOEL MELENDEZ, ED
MIDDENDORF, DEBBIE MONROE, LAURA NUSS,
RAY PEAY, KIMBERLY PEREIRA, MICHELLE PROCK,
PAM REINHEIMER, DAISY RIVERA, ANTHONY
SICURANZO, MARCHELLE SMITH, CHARLES
SPINALE, JAMES TREADWAY, LORRIS WATSON,
and JUDITH WHIGHAM, individually and on behalf of all
others similarly situated,

       Plaintiffs,

  v.

VERIZON COMMUNICATIONS INC., VERIZON
WASHINGTON, DC INC., VERIZON SOUTH INC.,
VERIZON DELAWARE LLC, VERIZON AVENUE CORP.
(D/B/A VERIZON ENHANCED COMMUNITIES),
VERIZON PENNSYLVANIA INC., VERIZON NEW
ENGLAND INC., VERIZON NEW JERSEY INC.,
VERIZON SELECT SERVICES INC., VERIZON
TELEPRODUCTS CORP., VERIZON CONNECTED
SOLUTIONS INC., VERIZON NEW YORK INC., EMPIRE
CITY SUBWAY COMPANY (LIMITED), VERIZON
MARYLAND INC., VERIZON VIRGINIA INC.,
VERIZON WEST VIRGINIA INC., VERIZON SERVICES
CORP., VERIZON CORPORATE SERVICES CORP.,

       Defendants.

------------------------------------------------------- x

**ECF CASE**

09 Civ. 9175 (CM-MHD)

<u>**STIPULATION AND ORDER**</u>

13512588v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
THOMAS OAKLEY, RON ADDEO, THOMAS
BARRY, MARCEL CABRERA, JOSEPH CARBALLO,
MATTHEW CHRISTIE, LAUREN COLCLOUGH,
AILEEN CORNIELLE, MIKE DOWD, PAUL DUNN,
JULIET FOUNTAIN, GAVIN FRATER, BRENDA
FRITCHY, NILSA GREENE, ADRIANE                        :  09 Civ. 9175 (CM-MHD)
GRZYBOWSKI, ELAINE HENDERSON, GEORGE
HOLMAN, KEVIN KAER, JEFFREY LEROY,
ANGELA LUCAS, MARY GIORGI, CHRISTOPHER
MCCARTHY, DENNIS MCGEE, NOEL MELENDEZ, ED
MIDDENDORF, DEBBIE MONROE, LAURA NUSS,
RAY PEAY, KIMBERLY PEREIRA, MICHELLE PROCK,
PAM REINHEIMER, DAISY RIVERA, ANTHONY
SICURANZO, MARCHELLE SMITH, CHARLES
SPINALE, LORRIS WATSON, and JUDITH WHIGHAM,
individually and on behalf of all others similarly situated,

                            Plaintiffs,

                v.

VERIZON COMMUNICATIONS INC., VERIZON
WASHINGTON, DC INC., VERIZON SOUTH INC.,
VERIZON DELAWARE LLC, VERIZON AVENUE CORP.
(D/B/A VERIZON ENHANCED COMMUNITIES),
VERIZON PENNSYLVANIA INC., VERIZON NEW
ENGLAND INC., VERIZON NEW JERSEY INC.,
VERIZON SELECT SERVICES INC., VERIZON
TELEPRODUCTS CORP., VERIZON CONNECTED
SOLUTIONS INC., VERIZON NEW YORK INC., EMPIRE
CITY SUBWAY COMPANY (LIMITED), VERIZON
MARYLAND INC., VERIZON VIRGINIA INC.,
VERIZON WEST VIRGINIA INC., VERIZON SERVICES
CORP., VERIZON CORPORATE SERVICES CORP.,

                            Defendants.

------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiffs and Defendants Verizon Communications Inc., Verizon Washington, DC Inc. (improperly named in the Amended Complaint as "Verizon Washington, D.C. Inc."), Verizon South Inc. (improperly named in the Amended Complaint as "Verizon South Inc. (Virginia)"), Verizon Pennsylvania Inc., Verizon Delaware LLC (improperly named in the Amended Complaint as "Verizon Delaware Inc."), Verizon New England Inc., Verizon New Jersey Inc., Verizon Select Services Inc., Verizon Teleproducts Corp., Verizon Connected Solutions Inc., Verizon New York Inc., Empire City Subway Company (Limited), Verizon Maryland Inc., Verizon Virginia Inc., Verizon West Virginia Inc., Verizon Services Corp., Verizon Corporate Services Corp. and Verizon Avenue Corp. (d/b/a Verizon Enhanced Communities), through their respective counsel, subject to the Court's approval, as follows:

1. The claims of plaintiff James Treadway in the above-captioned action shall be unconditionally dismissed on the merits, with prejudice, and without costs or attorneys' fees to any party.

2. Plaintiffs hereby withdraw the Declaration of James Treadway, dated May 25, 2011, submitted in support of their motion for class certification (ECF No. 58).

3. Plaintiffs will not reference, use or submit as evidence in support of any class certification motion the denial of any FMLA leave requests associated with plaintiff James Treadway

4. Plaintiffs may not rely on the allegations in the Amended Complaint related to plaintiff James Treadway as evidence in support of any motion for class certification, on the merits of the other Plaintiffs' claims or otherwise.

2

13512588v.1

Dated: New York, New York
June 28, 2011

SEMEL, YOUNG & NORUM

By: /s/ Gabrielle Semel
Gabrielle Gayla Semel
[gsemel@cwa-union.org]
350 Seventh Avenue, 18th Floor
New York, New York 10001
(212) 419-1550 (phone)
(212) 419-1555 (fax)

*Counsel for Plaintiffs*

By: /s/ Mary K. O'Melveny
Mary K. O'Melveny
[maryo@cwa-union.org]
501 3rd Street, N.W., 8th Floor
Washington, D.C. 20001
(202) 434-1234 (phone)
(202) 434-1219 (fax)

*Counsel for Plaintiffs*

LEWIS CLIFTON NIKOLAIDIS P.C.

By: /s/ Daniel Clifton
Daniel E. Clifton
[dclifton@lcnlaw.com]
Louis Nikolaidis
[lnikolaidis@lcnlaw.com]
350 Seventh Avenue
New York, New York 10001-1931
(212) 419-1500 (phone)
(212) 419-1510 (fax)

*Counsel for Plaintiffs*

SEYFARTH SHAW LLP

By: /s/ Lorie Almon
Lorie E. Almon
[lalmon@seyfarth.com]
Krista Pratt
[kpratt@seyfarth.com]
Christie Del Rey-Cone
[cdelreycone@seyfarth.com]
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500 (phone)
(212) 218-5526 (fax)

*Attorneys for Defendants*
*Verizon Communications Inc.*
*Verizon Washington, DC Inc.*
*Verizon South Inc.*
*Verizon Pennsylvania Inc.*
*Verizon Delaware LLC*
*Verizon New England Inc.*
*Verizon New Jersey Inc.*
*Verizon Select Services Inc.*
*Verizon Teleproducts Corp.*
*Verizon Connected Solutions Inc.*
*Verizon New York Inc.*
*Empire City Subway Company*
*(Limited)*
*Verizon Maryland Inc.*
*Verizon Virginia Inc.*
*Verizon West Virginia Inc.*
*Verizon Services Corp.*
*Verizon Corporate Services Corp. and*
*Verizon Avenue Corp. (d/b/a Verizon*
*Enhanced Communities)*

SO ORDERED:

_____
The Honorable Colleen McMahon
United States District Judge

Dated: New York, New York
July 5, 2011