UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
)
THOMAS OAKLEY, et al.,                  )
                                        )  09 CIV. 9175 (CM) (MHD)
                    Plaintiffs,         )
                                        )
       -against-                        )  **CERTIFICATE OF SERVICE**
                                        )
VERIZON COMMUNICATIONS, INC., et al.,   )
                                        )
                    Defendants.         )
----------------------------------------x

     I, Britt Leggett, hereby certify that on August 8, 2011, I served the following documents on defendants by hand delivering a CD-ROM containing copies of the documents to defendants' attorneys at the following address:

          Lorie E. Almon, Esq.
          SEYFARTH SHAW LLP
          620 Eighth Avenue
          New York , NY 10018

DOCUMENTS SERVED

1. Notice of Motion for Class Certification, dated August 6, 2011
2. Declaration of Daniel E. Clifton, dated August 6, 2011, with annexed Exhibits 1-51
3. Declaration of Victoria Kintzer, dated May 27, 2011, with annexed Exhibit A
4. Declaration of Ron Addeo, dated May 20, 2011
5. Declaration of Thomas Barry, dated May 16, 2011
6. Declaration of Marcel Cabrera, dated May 21, 2011
7. Declaration of Matthew Christie, dated May 19, 2011
8. Declaration of Lauren Colcough, dated May 23, 2011
9. Declaration of Aileen Cornielle, dated May 20, 2011
10. Declaration of Michael Dowd, dated May 23, 2011
11. Declaration of Paul Dunn, dated May 18, 2011
12. Declaration of Juliet Fountain, dated May 23, 2011
13. Declaration of Gavin Frater, dated May 16, 2011
14. Declaration of Brenda Fritchy, dated May 25, 2011
15. Declaration of Mary Giorgi, dated May 22, 2011
16. Declaration of Nilsa Greene, dated May 23, 2011
17. Declaration of Adrianne Grzybowski, dated May 16, 2011

18. Declaration of Elaine Henderson, dated May 20, 2011
19. Declaration of George Holman, dated May 22, 2011
20. Declaration of Kevin Kaer, dated May 19, 2011
21. Declaration of Jeffery Leroy, dated May 23, 2011
22. Declaration of Angela Lucas, dated May 20, 2011
23. Declaration of Christopher McCarthy, dated May 24, 2011
24. Declaration of Dennis McGee, dated May 24, 2011
25. Declaration of Noel Melendez, dated May 19, 2011
26. Declaration of Edward Middendorf, dated May 24, 2011
27. Declaration of Debbie Monroe, dated May 23, 2011
28. Declaration of Laura Nuss, dated May 22, 2011
29. Declaration of Thomas Oakley, dated May 22, 2011
30. Declaration of Raymond Peay, Jr., dated May 24, 2011
31. Declaration of Kimberly Pereira, dated May 18, 2011
32. Declaration of Michelle Prock, dated May 23, 2011
33. Declaration of Pamela Reinheimer, dated May 25, 2011
34. Declaration of Daisy Rivera, dated May 19, 2011
35. Declaration of Anthony Sicuranzo, dated May 23, 2011
36. Declaration of Marchelle Smith, dated May 20, 2011
37. Declaration of Charles Spinale, dated May 24, 2011
38. Declaration of Judith Whigham, dated May 24, 2011
39. Memorandum in Support of Plaintiffs' Motion for Class Certification, dated August 6, 2011

Dated:   New York, New York
         August 8, 2010

_____
Britt Leggett