# LEWIS, CLIFTON & NIKOLAIDIS, P.C.

ATTORNEYS AT LAW

350 SEVENTH AVENUE
SUITE 1800
NEW YORK, N.Y. 10001-5013
(212) 419-1500

FACSIMILE
(212) 419-1510

DANIEL E. CLIFTON
LOUIE NIKOLAIDIS °
ELAINE L. SMITH

JULIAN GONZALEZ
RACHEL S. PASTER

OF COUNSEL
MARK J. LOPEZ*

° ADMITTED IN NY AND NJ
* ADMITTED IN NY, NJ AND IL

EVERETT E. LEWIS (1924-2007)

NEW JERSEY OFFICE
340 GEORGE STREET
NEW BRUNSWICK, N.J. 08901
(732) 690-0100

September 15, 2011

**MEMO ENDORSED**

OK

*[signature]* Colleen McMahon
9/16/11

**VIA FACSIMILE (212) 805-6326**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Oakley et. al. v. Verizon Communications, Inc. et al.</u>,
09 Civ. 9175 (MHD)

Dear Judge McMahon:

We represent the plaintiffs in the above referenced matter. We received defendants' opposition to plaintiffs' motion for class certification on September 9, 2011. We request permission to file plaintiffs' reply papers by October 11, 2011.

Pursuant to the last full briefing schedule (which was approved by the court prior to the filing of the motion), plaintiffs were to file their reply papers by August 19, 2011. This provided just over three weeks to respond to defendants' opposition papers. Defendants' memorandum of law is 50 pages in length and is supported by five declarations, including one with attached exhibits A through JJJ.

Given this volume of material, plaintiffs will need at least four weeks to prepare their reply papers. Defendants do not consent to this request. They consent only to an earlier date, September 26, 2011. Thank you for your consideration of this request.

Very truly yours,

*[signature]*

Elaine Smith

cc: Lorie E. Almon, Esq. (*via electronic mail*)
Daniel E. Clifton, Esq.
Gabrielle Semel, Esq.
Mary K. O'Melveny, Esq.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/11
```