

# SEYFARTH SHAW LLP
### ATTORNEYS



RECEIVED
DEC 19 2011
CHAMBERS OF
COLLEEN McMAHON

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
lalmon@seyfarth.com

Writer's direct fax
(917) 344-1169

## MEMO ENDORSED

December 19, 2011

*I will no longer consider it —*

*Colleen McMahon*

*12/20/11*

**VIA FACSIMILE TO (212) 805-6326**

The Honorable Colleen McMahon
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Thomas Oakley *et al.* v. Verizon Communications Inc., *et al.*
            09 Civ. 9175 (CM-MHD)

Dear Judge McMahon:

    As Your Honor knows, this firm represents Defendants in the above referenced action. We are writing in response to Plaintiffs' letter dated today regarding Defendants' sur-reply. We apologize to the Court for the delay in submitting this pleading, which has been necessitated solely due to scheduling around several unexpected absences. We will be filing the sur-reply by the conclusion of this week, no later than December 23, 2011. Consistent with your Order dated November 9, 2011, we respectfully request that the Court considers the sur-reply in rendering its decision on Plaintiffs' motion for class certification.

    Thank you for Your Honor's continued consideration and attention to this matter.

                     Respectfully submitted,

                     SEYFARTH SHAW LLP

                     By    /s/ Lorie E. Almon
                          Lorie E. Almon

cc:    Daniel Clifton (via email)
       Louie Nikolaidis (via email)
       Mary K. O'Melveny (via email)
       Gabrielle Semel (via email)
       Arthur Telegen

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/11

LONDON   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA