

RECEIVED DEC 19 2011 CHAMBERS OF COLLEEN McMAHON

# LEWIS, CLIFTON & NIKOLAIDIS, P.C.
## ATTORNEYS AT LAW
350 SEVENTH AVENUE
SUITE 1800
NEW YORK, N.Y. 10001-5013
(212) 419-1500

FACSIMILE
(212) 419-1510

DANIEL E. CLIFTON
LOUIE NIKOLAIDIS °
ELAINE L. SMITH

JULIAN GONZALEZ
RACHEL S. PASTER

OF COUNSEL
MARK J. LOPEZ*

* ADMITTED IN NY AND NJ
° ADMITTED IN NY, NJ AND IL

EVERETT E. LEWIS (1924-2007)

NEW JERSEY OFFICE
340 GEORGE STREET
NEW BRUNSWICK, N.J. 08901
(732) 690-0100

**MEMO ENDORSED**

December 19, 2011

**VIA FACSIMILE (212) 805-6326**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

[Handwritten endorsement: 12/15/2011 — We are presently working on the motion. No sur-reply if filed, will be considered. To be late now.]

Re: **Oakley et. al. v. Verizon Communications, Inc. et al.,**
     09 Civ. 9175 (MHD)

Dear Judge McMahon:

We represent the plaintiffs in the above referenced matter. On October 11, 2011, plaintiffs filed a reply memorandum in further support of their motion for class certification. On November 9, 2011, defendants requested permission to file a sur-reply to this motion. The court granted defendants' request (limiting the sur-reply to five pages), but did not provide a filing deadline.

To date, no papers have been filed. I have telephoned and emailed Lori Almon, counsel for the defendants, to inquire if and when the sur-reply will be filed. Ms. Almon stated that a brief would be filed sometime in the future, but could not provide a date certain for the filing.

Given that 68 days have passed since plaintiffs filed their reply, and 39 days have passed since defendants were given permission to file their sur-reply, plaintiffs believe that defendants have had ample time to consider the issues and draft a five-page brief. Plaintiffs respectfully request that the court deem the motion fully submitted, or in the alternative, that the court order defendants to promptly file the sur-reply.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/11

Very truly yours,

Elaine Smith

cc: Lorie E. Almon, Esq. *(via email)*

Daniel E. Clifton, Esq. *(via email)*
Gabrielle Semel, Esq. *(via email)*
Mary K. O'Melveny, Esq. *(via email)*