# LEWIS, CLIFTON & NIKOLAIDIS, P.C.

ATTORNEYS AT LAW

350 SEVENTH AVENUE
SUITE 1800
NEW YORK, N.Y. 10001-5013
(212) 419-1500

FACSIMILE
(212) 419-1510

DANIEL E. CLIFTON
LOUIE NIKOLAIDIS °
ELAINE L. SMITH

JULIAN GONZALEZ
RACHEL S. PASTER

OF COUNSEL
MARK J. LOPEZ*

° ADMITTED IN NY AND NJ
* ADMITTED IN NY, NJ AND IL

EVERETT E. LEWIS (1924-2007)

NEW JERSEY OFFICE
340 GEORGE STREET
NEW BRUNSWICK, N.J. 08901
(732) 890-0100



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 2/2/12

February 2, 2012

*Conference is adjourned to Friday, 3/2/12 @ 9:30 am*

*Colleen McMahon*
*2/2/12*

BY FAX (212) 805-6326

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **Oakley et. al. v. Verizon Communications, Inc. et al.**,
09 Civ. 9175 (CM) (MHD)

Dear Judge McMahon:

I represent plaintiffs in the above-referenced action. In the Decision and Order filed yesterday, the court instructed the parties to appear for a status conference on February 17, 2012. Because I will be out of state on a previously scheduled vacation from February 15, 2012 - February 24, 2012, I request that the conference be adjourned until a later date.

Thank you for your consideration of this request.

Very truly yours,

Daniel E. Clifton

cc: Lorie E. Almon, Esq.
    Gabrielle Semel, Esq.
    Mary K. O'Melveny, Esq.
    Elaine L. Smith, Esq.