```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THOMAS OAKLEY, et al.,              :

                Plaintiffs,         :        ORDER

        -against-                   :        09 Civ. 9175 (CM)(MHD)

VERIZON COMMUNICATIONS, INC.,       :
et al.,
                                    :
                Defendants.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, MAY 3, 2012 at 2:00 P.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
       March 20, 2012

                              SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been faxed today to:

Gabrielle Gayla Semel, Esq.
Semel, Young & Norum
350 Seventh Avenue, 18th Floor
New York, NY 10001
Fax: (212) 419-1555

Mary K. O'Melveny, Esq.
501 3rd Street, N.W.
8th Floor
Washington, DC 20001
Fax: (202) 434-1219

Louie D. Nikolaidis, Esq.
Daniel E. Clifton, Esq.
Elaine Lynette Smith, Esq.
Lewis, Clifton & Nikolaidis, P.C.
350 Seventh Avenue, Suite 1800
New York, NY 10001
Fax: (212) 419-1510

Mary Christina Norum, Esq.
Communication Workers of America
District 1 Legal Department
350 Seventh Avenue, 7th Floor
New York, NY 10001
Fax: (212) 419-1555

Lorie Elizabeth Almo, Esq.
Seyfarth Shaw L.L.P.
620 Eighth Avenue
New York, NY 10018-1405
Fax: (212) 218-5526

Arthur G. Telegen, Esq.
Seyfarth Shaw LLP
2 Seaport Lane, Suite 300
Boston, MA 02210
Fax: (617) 946-4801