UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

THOMAS OAKLEY, et al.                    :

              Plaintiffs,                :          **ORDER**

         -against-                       :          **09 cv. 09175**

VERIZON COMMUNICATIONS INC., et al.:

              Defendants.                :
-----------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


          It is hereby ORDERED that a settlement conference has been

scheduled in the above-captioned action on **TUESDAY, SEPTEMBER 25,**

**2012, at 10:00 A.M.**, at which time you are directed to appear in

**Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312.

Any requests for adjournment of this scheduled conference must be

in writing, with copies to all other parties, and must be

preceded by reasonable efforts by the requesting party to obtain

the consent of those parties.


          The parties are to take note of the following requirements

for settlement conferences before the undersigned:


1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.


2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.


3. Clients are expected to either attend the conference or be available via telephone during the conference.


Dated: **New York, New York**
       **September 6, 2012**

                            SO ORDERED.


                            _____
                            MICHAEL H. DOLINGER
                            UNITED STATES MAGISTRATE JUDGE

                                   2

Copies of the foregoing Order have been sent today to:

Gabrielle Gayla Semel, Esq.
Semel, Young & Norum
350 Seventh Avenue, 18th Floor
New York, NY 10001
Fax: (212) 419-1555


Mary K. O'Melveny, Esq.
501 3rd Street, N.W., 8th Floor
Washington, DC 20001
Fax: (202) 434-1219


Louie D. Nikolaidis, Esq.
Daniel E. Clifton, Esq.
Elaine Lynette Smith, Esq.
Lewis, Clifton & Nikolaidis, P.C.
350 Seventh Avenue, Suite 1800
New York, NY 10001
Fax: (212) 419-1510


Mary Christina Norum, Esq.
Communication Workers of America
District 1 Legal Department
350 Seventh Avenue, 7th Floor
New York, NY 10001
Fax: (212) 419-1555


Lorie Elizabeth Almon, Esq.
Seyfarth Shaw L.L.P.
620 Eighth Avenue
New York, NY 10018-1405
Fax: (212) 218-5526


Arthur G. Telegen, Esq.
Seyfarth Shaw LLP
2 Seaport Lane, Suite 300
Boston, MA 02210
Fax: (617) 946-4801