USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/12

## LEWIS, CLIFTON & NIKOLAIDIS, P.C.

ATTORNEYS AT LAW

350 SEVENTH AVENUE
SUITE 1800
NEW YORK, N.Y. 10001-5013
(212) 419-1500

FACSIMILE
(212) 419-1510

DANIEL E. CLIFTON
LOUIE NIKOLAIDIS *
ELAINE L. SMITH
JULIAN GONZALEZ
RACHEL S. PASTER
OF COUNSEL
MARK J. LOPEZ *
* ADMITTED IN NY AND NJ
* ADMITTED IN NY, NJ AND IL

EVERETT E. LEWIS (1924-2007)

NEW JERSEY OFFICE
340 GEORGE STREET
NEW BRUNSWICK, N.J. 08901
(732) 690-0100

RECEIVED
SEP 11 2012
CHAMBERS OF
COLLEEN McMAHON

September 11, 2012

*adjourn one week only to 10/5/12 @ 11:15 a.m.*

Colleen McMahon
9/12/12

BY FAX (212) 805-6326

MEMO ENDORSED

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Oakley et. al. v. Verizon Communications, Inc. et al.,
       09 Civ. 9175 (CM) (MHD)

Dear Judge McMahon:

I represent plaintiffs in the above-referenced action. A Calendar Notice was posted on ECF today, indicating that a status conference has been scheduled for September 28, 2012. Because I have a trial before Judge Griesa scheduled for September 27 and 28, 2012, I request that the conference be adjourned to a later date.

Thank you for your consideration of this request.

Very truly yours,

Daniel E. Clifton

cc:    Lorie E. Almon, Esq.
       Beth Foley, Esq.
       Gabrielle Semel, Esq.
       Elaine L. Smith, Esq.