UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
Thomas Oakley, et al.,
                    Plaintiff(s),                                    09   Civ.  9175  (CM) (MHD)

        -against-                                           **SECOND AMENDED**
                                                            CALENDAR NOTICE
Verizon Communications, Inc., et al.,
                    Defendant(s).
--------------------------------------------------X


        Please take notice that the above captioned matter has been **re-scheduled** for a:


___Pre-trial Conference        __X_Status Conference          ___ Oral argument
___ Settlement conference      ____Plea Hearing               (Bankruptcy Appeal)
___Rule (16) conference        ____Final pre-trial conference ___Fairness Hearing
___ Telephone Conference       ____Jury Selection and Trial   ___ OTSC Hearing
___ Non-Jury Trial             ____Inquest


**to Thursday, October 4, 2012 at 10:30 P.M. before the Honorable Colleen McMahon, United
States District Judge** in Courtroom 14C, U. S. District Court,  500 Pearl Street, New York, New
York 10007.

        Any scheduling difficulties must be brought to the attention of the Court in writing and
faxed to Chambers at (212) 805-6326.

Dated: October 2, 2012
        New York, New York


                                        So Ordered



                                        _____
                                        Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/12