```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

THOMAS OAKLEY, et al.              :

              Plaintiffs,          :     ORDER

       -against-                   :     09 cv. 09175

VERIZON COMMUNICATIONS INC., et al.:

              Defendants.          :
------------------------------------x
```



MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that, by **October 18, 2012**, plaintiffs are to communicate to defendants their estimation of recoverable attorneys' fees in the above-captioned action, along with a proposal concerning the amount of attorneys' fees that plaintiffs would be willing to accept as a compromise in settlement.

If, subsequently, the parties are still unable to reach an agreement with respect to plaintiffs' attorneys' fees, the parties may submit the issue to the court for a recommendation. In such case, plaintiffs are directed to file their submission on

the disputed attorneys' fees by no later than **October 25, 2012**, and defendants may thereafter file their submission by no later than **November 5, 2012**.

Dated: New York, New York
       October 4, 2012

                        SO ORDERED.

                        _____
                        MICHAEL H. DOLINGER
                        **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Gabrielle Gayla Semel, Esq.
Semel, Young & Norum
350 Seventh Avenue, 18th Floor
New York, NY 10001
Fax: (212) 419-1555


Mary K. O'Melveny, Esq.
501 3rd Street, N.W., 8th Floor
Washington, DC 20001
Fax: (202) 434-1219


Louie D. Nikolaidis, Esq.

Daniel E. Clifton, Esq.

Elaine Lynette Smith, Esq.

Lewis, Clifton & Nikolaidis, P.C.
350 Seventh Avenue, Suite 1800
New York, NY 10001
Fax: (212) 419-1510


Mary Christina Norum, Esq.
Communication Workers of America
District 1 Legal Department
350 Seventh Avenue, 7th Floor
New York, NY 10001
Fax: (212) 419-1555


Lorie Elizabeth Almon, Esq.

Seyfarth Shaw L.L.P.
620 Eighth Avenue
New York, NY 10018-1405
Fax: (212) 218-5526


Arthur G. Telegen, Esq.
Seyfarth Shaw LLP
2 Seaport Lane, Suite 300
Boston, MA 02210
Fax: (617) 946-4801