McMahon...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS OAKLEY, RON ADDEO, THOMAS BARRY, MARCEL CABRERA, JOSEPH CARBALLO, MATTHEW CHRISTIE, LAUREN COLCLOUGH, AILEEN CORNIELLE, MIKE DOWD, PAUL DUNN, JULIET FOUNTAIN, GAVIN FRATER, BRENDA FRITCHY, NILSA GREENE, ADRIANE GRZYBOWSKI, ELAINE HENDERSON, GEORGE HOLMAN, KEVIN KAER, JEFFREY LEROY, ANGELA LUCAS, MARY GIORGI, CHRISTOPHER MCCARTHY, DENNIS MCGEE, NOEL MELENDEZ, ED MIDDENDORF, DEBBIE MONROE, LAURA NUSS, RAY PEAY, KIMBERLY PEREIRA, MICHELLE PROCK, PAM REINHEIMER, DAISY RIVERA, ANTHONY SICURANZO, MARCHELLE SMITH, CHARLES SPINALE, LORRIS WATSON, and JUDITH WHIGHAM, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VERIZON COMMUNICATIONS INC., VERIZON WASHINGTON, DC INC., VERIZON SOUTH INC., VERIZON DELAWARE LLC, VERIZON AVENUE CORP. (D/B/A VERIZON ENHANCED COMMUNITIES), VERIZON PENNSYLVANIA INC., VERIZON NEW ENGLAND INC., VERIZON NEW JERSEY INC., VERIZON SELECT SERVICES INC., VERIZON TELEPRODUCTS CORP., VERIZON CONNECTED SOLUTIONS INC., VERIZON NEW YORK INC., EMPIRE CITY SUBWAY COMPANY (LIMITED), VERIZON MARYLAND INC., VERIZON VIRGINIA INC., VERIZON WEST VIRGINIA INC., VERIZON SERVICES CORP., VERIZON CORPORATE SERVICES CORP.,

Defendants.

09 Civ. 9175 (CM)(MHD)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/13

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that, whereas no party hereto is an infant or

incompetent person for whom a committee has been appointed, and no person not a party herein has an interest in the subject matter of this action, the above-entitled action be and the same hereby is, discontinued with prejudice in its entirety, without costs, disbursements and/or attorneys' fees to any party as against the others, except as set forth in the respective Settlement Agreements between Defendants and Plaintiffs. This Stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
October 10, 2013

SEYFARTH SHAW LLP

By: ______________________
Lorie A. Almon
620 Eighth Avenue
New York, New York 10018
Tel.: (212) 218-5500
Fax: (212) 218-5526

*Attorneys for Defendants*

Dated: New York, New York
October 1, 2013

LEWIS, CLIFTON & NIKOLAIDIS, P.C.

By: ______________________
Daniel E. Clifton
350 Seventh Avenue, Suite 1800
New York, New York 10001
Tel.: (212) 419-1500
Fax: (212) 419-1510

*Attorneys for Plaintiffs*

So Ordered: ______________________
U.S.D.J.

11/1/2013