McMahon, C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
THOMAS OAKLEY, RON ADDEO, THOMAS BARRY,
MARCEL CABRERA, JOSEPH CARBALLO,
MATTHEW CHRISTIE, LAUREN COLCLOUGH,
AILEEN CORNIELLE, MIKE DOWD, PAUL DUNN,       : 09 Civ. 9175 (CM)(MHD)
JULIET FOUNTAIN, GAVIN FRATER, BRENDA
FRITCHY, NILSA GREENE, ADRIANE
GRZYBOWSKI, ELAINE HENDERSON, GEORGE          : STIPULATION OF VOLUNTARY
HOLMAN, KEVIN KAER, JEFFREY LEROY, ANGELA     : DISMISSAL WITH PREJUDICE BY
LUCAS, MARY GIORGI, CHRISTOPHER MCCARTHY,     : PLAINTIFF DAISY RIVERA
DENNIS MCGEE, NOEL MELENDEZ, ED               : PURSUANT TO
MIDDENDORF, DEBBIE MONROE, LAURA NUSS,        : F.R.C.P. 41(a)(1)(A)(ii)
RAY PEAY, KIMBERLY PEREIRA, MICHELLE
PROCK, PAM REINHEIMER, DAISY RIVERA,
ANTHONY SICURANZO, MARCHELLE SMITH,
CHARLES SPINALE, LORRIS WATSON, and JUDITH
WHIGHAM, individually and on behalf of all others
similarly situated,

                    Plaintiffs,

            v.

VERIZON COMMUNICATIONS INC., VERIZON
WASHINGTON, DC INC., VERIZON SOUTH INC.,
VERIZON DELAWARE LLC, VERIZON AVENUE
CORP. (D/B/A VERIZON ENHANCED
COMMUNITIES), VERIZON PENNSYLVANIA INC.,
VERIZON NEW ENGLAND INC., VERIZON NEW
JERSEY INC., VERIZON SELECT SERVICES INC.,
VERIZON TELEPRODUCTS CORP., VERIZON
CONNECTED SOLUTIONS INC., VERIZON NEW
YORK INC., EMPIRE CITY SUBWAY COMPANY
(LIMITED), VERIZON MARYLAND INC., VERIZON
VIRGINIA INC., VERIZON WEST VIRGINIA INC.,
VERIZON SERVICES CORP., VERIZON CORPORATE
SERVICES CORP.,

                    Defendants.
------------------------------------------------------------ x



11/1/13

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Daisy Rivera

("Rivera") and Defendants Verizon Communications Inc., Verizon Washington, DC Inc.,

16007120v.1

Verizon South Inc., Verizon Delaware LLC, Verizon Avenue Corp. (D/B/A Verizon Enhanced Communities), Verizon Pennsylvania Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon Select Services Inc., Verizon Teleproducts Corp., Verizon Connected Solutions Inc., Verizon New York Inc., Empire City Subway Company (Limited), Verizon Maryland Inc., Verizon Virginia Inc., Verizon Services Corp., and Verizon Corporate Services Corp. (collectively, "Verizon"), through their respective undersigned attorneys, that Rivera hereby withdraws each and every allegation asserted in this action, that the action and all claims that were raised or could have been raised by Rivera against Verizon arising out of the facts and circumstances upon which this action is premised, including claims for costs or fees, shall be and hereby are dismissed *with prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without any payment of any kind by Verizon, and that each party shall bear its own costs and attorneys' fees. This Stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
October 10, 2013

SEYFARTH SHAW LLP

By: _____
Lorie A. Almon
620 Eighth Avenue
New York, New York 10018
Tel.: (212) 218-5500
Fax: (212) 218-5526

*Attorneys for Verizon*

Dated: New York, New York
October 1, 2013

LEWIS, CLIFTON & NIKOLAIDIS, P.C.

By: _____
Daniel E. Clifton
350 Seventh Avenue, Suite 1800
New York, New York 10001
Tel.: (212) 419-1500
Fax: (212) 419-1510

*Attorneys for Plaintiff Daisy Rivera*

So Ordered: _____
U.S.D.J.

11/1/2013

2

16007120v.1